# EXHIBIT B

# COMMENCEMENT
## Embry-Riddle Aeronautical University

### DAYTONA BEACH, FLORIDA



**SATURDAY MORNING, APRIL TWENTY-FIFTH
NINETEEN HUNDRED AND NINETY-TWO
TEN O'CLOCK**

EXHIBIT B

# PROGRAM

*PROCESSIONAL ............................................. Pomp and Circumstance

*MACE BEARER ................................................. Roger C. Campbell
Professor, Social Sciences

*INVOCATION ........................................... Rev. Dr. Kenan Morris, O.F.M.
University Chaplain

WELCOME ................................................. Dr. John W. Williams, Jr.
Executive Vice President, Academics

INTRODUCTION OF SPEAKER ..................................... President Steven M. Sliwa

ADDRESS ................................................. The Honorable Wendell H. Ford
United States Senator

JOHN C. ADAMS, JR. COMMUNITY SERVICE AWARD
    Presented by ............................................ Dr. Edward W. Stimpson
Chairman of the Board of Trustees

PRESIDENT'S AWARD
    Presented by ............................................ President Steven M. Sliwa

SENIOR CLASS PRESIDENT .......................................... William Bath

OUTSTANDING TEACHING AWARD
    Presented by ............................................ Dr. John W. Williams, Jr.

GRADUATION EXERCISE ........................................... Dr. Charles J. Martin
Provost, Daytona Beach Campus

CONFERRING DEGREES .......................................... E. William Crotty, Esq.
Member, Board of Trustees

DOCTORAL DEGREE ............................................ The Honorable Wendell H. Ford
    Presented by ............................................ Dr. Edward W. Stimpson

PROFESSORS EMERITI
    Conferred by ............................................ Dr. John W. Williams, Jr.

BENEDICTION .............................................. Rev. Dr. John Wheeler
University Chaplain

RECESSIONAL .................................................. Crown Imperial

(GUESTS ARE REQUESTED TO REMAIN SEATED DURING RECESSIONAL)

*GUESTS PLEASE STAND

# THE GRADUATING CLASS

*Graduates Completing Their Degrees With Honors Will Be Recognized When Their Names Are Announced*

```
CUM LAUDE . . . . . . . .   (Wearing White Cords) . . . .   Grade Point Average 3.50-3.69
MAGNA CUM LAUDE . . . .    (Wearing Red Cords) . . . .     Grade Point Average 3.70-3.89
SUMMA CUM LAUDE . . . .    (Wearing Gold Cords) . . . .    Grade Point Average 3.90-4.00
```

## COLLEGE OF AVIATION TECHNOLOGY

*Candidates for the Degree of Associate in Science in Aeronautical Science*

| | |
|---|---|
| Michael David Ayers | Asheville, North Carolina |
| Brian Edward Boggess | Lynnwood, Washington |
| Zachariah Ray Bowers | South Daytona, Florida |
| Francis P. Edwards | Orlando, Florida |
| Edward A. Hirsch | Deltona, Florida |
| Bryan G. Ivey | Madisonville, Kentucky |
| Ian T. McVeigh | Daytona Beach, Florida |
| Michael John Merkle | Atlanta, Georgia |
| Melissa Susan Washburn | Daytona Beach, Florida |

*Candidates for the Degree of Bachelor of Science in Aeronautical Science*

| | |
|---|---|
| Dennis Robert Abplanalp | Warren, Pennsylvania |
| William Grady Akins III | Houma, Louisiana |
| Hassen A. Al-Ansari | Doha, Qatar |
| Douglas Edward Aldrian | Dunwoody, Georgia |
| David Eugene Ancil | Daytona Beach, Florida |
| Erika Rae Anderson | Bearsville, New York |
| Michael Kirk Anghelis | Poughkeepsie, New York |
| Cynthia Kay Armstrong | Williamsport, Pennsylvania |
| Steven Gregory Austell | Jacksonville, Florida |
| David Timothy Bacon | Freehold, New Jersey |
| Aaron Roy Bagg | Amherst, Massachusetts |
| Mickey Lee Ballard | Bartlett, Tennessee |
| Keith Jerome Baskett | Silver Spring, Maryland |
| John David Bassett | Danielson, Connecticut |
| William M. Bath | Newburgh, New York |
| Anthony Marco Battle, Jr. | Farmington Hills, Michigan |
| Rafael Barretto Bautista | Richmond Hill, New York |
| Karl William Becker | Cohasset, Massachusetts |
| Alan Begin | Daytona Beach, Florida |
| Bryan Arthur Beisner | Cincinnati, Ohio |
| Michael Robert Miles Benham | Shawnee Mission, Kansas |
| Christopher James Benway | Mashpee, Massachusetts |
| Peter Matthew Bilodeau | North Smithfield, Rhode Island |
| Marc Henry Boies | Niagara Falls, New York |
| Leonard Douglas Booker | Newton, North Carolina |
| Jonathan David Braun | Hillsboro, Kansas |
| Theodore Bratton Bridges | Ocean Springs, Mississippi |
| Brendan Thomas Burnett | Reisterstown, Maryland |
| Jon Paul Burrows | Merrimack, New Hampshire |
| Andrew Bernard Cahill | Amherst, New Hampshire |
| Gerard Anthony Callahan | Wappingers Falls, New York |
| Daniel Regis Campbell | Euclid, Ohio |
| Jeffrey Bruce Campbell | E. Hampstead, New Hampshire |
| David Marshall Cannon | Montreat, North Carolina |
| Everett Hartwell Clark II | Bristol, New Hampshire |
| Alvin Gerard Claustro | Richlands, Virginia |
| Elizabeth Lita Co | New City, New York |
| Joseph C. Cobb, Jr. | Fort Wayne, Indiana |
| Patrick John Cook | Drums, Pennsylvania |
| Bert Cool | N. Fort Myers, Florida |
| Daniel Brian Corbett | Huntsville, Alabama |
| Brian David Crawford | North Brunswick, New Jersey |
| Richard Daniel Dailey | Budd Lake, New Jersey |
| Timothy Michael Dailey | Indianapolis, Indiana |
| Jeffrey Thomas Daulton | South Daytona, Florida |
| Dennis Joseph DeBottis | Daytona Beach, Florida |
| Jeffrey Paul DeLuca | New Hartford, New York |
| Jeffrey Kenneth Detig | Rochelle, Illinois |
| Douglas James Devaney | Parkland, Florida |
| Stephen Lewis DiGregorio | San Francisco, California |
| Daniel M. Dinhofer | Daytona Beach, Florida |
| Seth Hotchkiss Downs | Jefferson, Maine |
| Douglas Edward Duggan | Dickinson, Texas |
| Eric Edward Eichmann | Urbana, Illinois |
| Lance Lee Elbin | Warfordsburg, Pennsylvania |
| Adam Lamont Elkins | Mocksville, North Carolina |
| Robin Glee Ellis | Kendall, New York |
| Joel Bernard Elmer | Bellmawr, New Jersey |
| Michael Joseph Embleton | Vernon, New Jersey |
| James H. Eppley | Boswell, Pennsylvania |
| Dib Miguel Eslaquit | Gaithersburg, Maryland |
| Todd Steven Ewanko | Hacienda Heights, California |
| Scott Steven Farrar | Camby, Indiana |
| Robert King Feeney | Jensen Beach, Florida |
| David Peter Fekke | Tampa, Florida |
| Robert L. Fergus | Wrightsville Beach, North Carolina |
| Joao Carlos Fernandes | Newark, New Jersey |
| Frederic Miller Fogg, Jr. | Daytona Beach, Florida |
| William R. Forbes | New Windsor, New York |
| Clarence Ross Fox | Glen Morgan, West Virginia |
| Andrew David Franklin | Bath, Pennsylvania |
| George Francis Fritz III | Florence, Kentucky |
| Steven Andrew Frye | Savannah, Georgia |
| Melissa Anne Gaddy | Winston-Salem, North Carolina |
| Brian Joseph Gerk | Ventura, California |
| Roger Lee Giansante | New Port Richey, Florida |
| Steven John Goddard | Longwood, Florida |
| John Jairo Gomez | Woodside, New York |
| Jason Timothy Googe | Garden City, Georgia |
| Andrew Gorman | Oakton, Virginia |
| Harold Metcalf Green, Jr. | Daytona Beach, Florida |
| William Russell Griffin III | Charlotte, North Carolina |

| | | | |
|---|---|---|---|
| Frank Pizzonia | Highland Mills, New York | David Joseph Burnette | West Long Branch, New Jersey |
| Jude V. Romano | Chicago, Illinois | Wook Cha | Taegu, Korea |
| Ronald Lee Trostle | Greensboro, North Carolina | Ismail Chowdhury | Paris, France |
| LaVon Renardo Williams | Deland, Florida | Philip Gerald Conjelko | Hollywood, Maryland |
| Richard George Wolf | Ridgefield Park, New Jersey | David Craig Cornwell | South Daytona, Florida |

## COLLEGE OF ENGINEERING AND AVIATION SCIENCE

*Candidates for the Degree of Bachelor of Science in Aeronautical Engineering*

| | |
|---|---|
| Brian Eugene Ankrom | Daytona Beach, Florida |
| Christopher S. Arras | Elgin, Illinois |
| Shirley Jeanne Bacon | Los Altos Hills, California |
| Robert Clinton Bronson | Port Orange, Florida |
| Erik Stephen Bryant | White Plains, New York |
| Jason Christopher Bryfogle | Nazareth, Pennsylvania |
| Husain A. Bushehri | Manama, Bahrain |
| Tobin William Cavallari | Essex Junction, Vermont |
| Gordon Teng-Lock Chee | Singapore, Republic of Singapore |
| Jennifer Ann Cooper | Brookville, Ohio |
| Barbara Ann Cummings | Winston-Salem, North Carolina |
| Christopher Brookfield Day | E. Syracuse, New York |
| Abron William Deer | Indian Head, Maryland |
| Michael Robert DePaul | Valrico, Florida |
| David John Fitzgerald | Depew, New York |
| Shervin N. Fleming | St. Thomas, Virgin Islands |
| Joel Charles Fuller | Shoreview, Minnesota |
| Michael Leon Graves II | Sterling, Virginia |
| David Michael Jenkyns | Oak Park, Illinois |
| Brian J. Kaplan | Sharon, Massachusetts |
| Kirk John Landwehr | Warren, Michigan |
| Christine Victoria LoManto | Brick, New Jersey |
| Marianne Nannette Michaels | Daytona Beach, Florida |
| Hashim A-Mohsin Sayyied Mohamed | Doha, Qatar |
| John William Mullek | South Daytona, Florida |
| Michael Everett Newman | Port Orange, Florida |
| Alan D. Nix | Daytona Beach, Florida |
| James Bartholomew Noyes | Colorado Springs, Colorado |
| Neil Patrick Oakden | Daytona Beach, Florida |
| Sean C. Peiffer | Oceanport, New Jersey |
| Irwin C.S. Phua | Singapore, Republic of Singapore |
| Patrick James Potter | Ormsby, Minnesota |
| Ian Samuel Ramsay | Daytona Beach, Florida |
| James Allen Reiser, Jr. | Port Orange, Florida |
| David Michael Roberts | Smithtown, New York |
| Guy Robert Rohm | Holly Hill, Florida |
| John Delano Sammons, Jr. | Ashland, Kentucky |
| Benjamin Saro | Bronx, New York |
| Charles Theador Savidge III | Harrisville, New York |
| Erik J. Steinfelt | Yoe, Pennsylvania |
| Stephen Michael Taylor | Mt. Washington, Kentucky |
| Troy Murphy Town | Clinton, Louisiana |
| Jaap M. Van Ryn | Summerton, South Carolina |
| Ian Alan Wexler | Coral Springs, Florida |
| Terrence Jay Wikberg | Danielsville, Pennsylvania |
| Peter Alexander Zaccagnino | Edison, New Jersey |

*Candidates for the Degree of Bachelor of Science in Aerospace Engineering*

| | |
|---|---|
| Debora J. Assad | South Daytona, Florida |
| James Lawrence Ayers | Dillon, South Carolina |
| Cary F. Black | Fenton, Illinois |
| Kory James Boyden | Daytona Beach, Florida |

| | |
|---|---|
| John Erik Dietz | Alexandria, Virginia |
| Michael Peter Doble | Daytona Beach, Florida |
| Lisa Ann Fett | Sarasota, Florida |
| Scott R. Gesele | West Islip, New York |
| David Lee Gray | Bristol, Tennessee |
| Kishor S. Kshatriya | Jersey City, New Jersey |
| Suku S.S. Kurien | Voorhees, New Jersey |
| John P. LaJesse | Irving, Texas |
| Tito H. Ledezma | Miami, Florida |
| Ronald Robert Liston | Moreland Hills, Ohio |
| William James Marx | Fond Du Lac, Wisconsin |
| Marc William Mason | North Dartmouth, Massachusetts |
| Thomas Grady Mays, Jr. | Jacksonville, Florida |
| Teresa McCrave | Daytona Beach, Florida |
| Mohammad J. Memari | Ormond Beach, Florida |
| Karol Mordasiewicz | New Britain, Connecticut |
| Ji Eun Park | Daytona Beach, Florida |
| Tanes Prasertphon | St. Louis, Missouri |
| Robert Michael Ross | Daytona Beach, Florida |
| Joseph Salazar, Jr. | Daytona Beach, Florida |
| Lisa Marie Scicchitano | Shamokin, Pennsylvania |
| Christopher Michael Stastny | Stockton, New Jersey |
| Tiffany Jean Styles | Dayton, Ohio |
| Weldon Paul Thornton | Dublin, Ohio |
| Jaime L. Villamil | Rio Grande, Puerto Rico |
| Christopher Morris Wilcox | Toms River, New Jersey |
| Kelly Jiro Yamashita | Honolulu, Hawaii |
| Eric Eugene Zimmerman | Akron, Pennsylvania |

*Candidates for the Degree of Associate in Science in Aviation Business Administration*

| | |
|---|---|
| Shoaib Ahmad | Brooklyn, New York |
| Gary Joseph Brugnetti | Manchester, Connecticut |
| Ronald Michael Cassar | Scarsdale, New York |
| Kiam C. Chin | Ipoh, Malaysia |
| Patrick Michael Cobb | Ormond Beach, Florida |
| Brenda Annette Cordero | Bethlehem, Pennsylvania |
| Paul Salvatore Cugno | Overland Park, Kansas |
| Robert Moffett Davis, Jr. | Dunwoody, Georgia |
| Pradeep Deshpande | Erie, Pennsylvania |
| Steven Robert Downard | Rensselaer, Indiana |
| Dib Miguel Eslaquit | Gaithersburg, Maryland |
| Michael Martin Feeney | Philadelphia, Pennsylvania |
| Anthrel Mark France | Loyall, Kentucky |
| Vince Matthew Frenzel | Brooklyn, Wisconsin |
| Suzanne Leigh Grebe | Belair, Maryland |
| Jason Gusikoff | Port Jefferson, New York |
| Timothy David Harmon | Daytona Beach Shores, Florida |
| David Hurtado | San Juan, Puerto Rico |
| Raymond Robert Jenkins | Port Orange, Florida |
| Dave Courtney Maurice Jones | Stone Mountain, Georgia |
| Jeffrey Myers Jones | Joffre, Pennsylvania |
| Christina Hale Keith | Brockton, Massachusetts |
| Suzan S. Kim | Daytona Beach, Florida |
| Joni Andora Lampert | Port Orange, Florida |
| Tobi Mogan Lunt | San Jose, California |
| Gerald Edward Magin II | Honolulu, Hawaii |
| Trisha Dawn Markowski | Suffield, Connecticut |
| Christopher Duncan Marter | Lavallette, New Jersey |

## ADMINISTRATIVE PERSONNEL OF THE UNIVERSITY

| | |
|---|---|
| President | Dr. Steven M. Sliwa |
| Executive Vice President and Vice President for Student Life | Dr. Jeffrey H. Ledewitz |
| Vice President, Academics | Dr. John W. Williams, Jr. |
| Vice President, Special Projects | Dr. L. William Motzel |
| Vice President and Executive Director of Flight Services | Eric S. Doten |
| Vice President, Administration | Robert A. Jost |
| Vice President, Chancellor, Prescott Campus | Paul S. Daly |
| Corporate Secretary/Treasurer | Dianne R. Thompson |
| Provost, Daytona Beach Campus | Dr. Charles J. Martin |
| Provost, College of Continuing Education | Dr. Leon E. Flancher |
| Acting Dean of the Graduate School and Research | Dr. Richard S. Gibson |
| Dean of Student Affairs | Robert L. Rockett |
| Dean of Academic Support | Sarah D. Fogle |
| Dean of the College of Engineering and Aviation Science | Dr. C. Ray Wimberly |
| Dean of the College of Aviation Technology | William A. Martin |
| Dean of the U. S. Division, CCE | Dr. Robert A. Hall |
| Dean of the European Division, CCE | Dr. Stephen O'Brien |
| Dean of Students | Dr. Daniel J. Kelly |
| Chair, Department of Air Force Aerospace Studies (AFROTC) | Col. Theodore Powers, Jr. |
| Chair, Department of Military Science (ARMY ROTC) | LTC James McCord |
| Chair, Department of Aerospace Engineering | Dr. Howard D. Curtis |
| Chair, Department of Aeronautical Science | Dr. Thomas J. Connolly |
| Chair, Department of Engineering Technology | E. Nolan Coleman |
| Chair, Department of Flight Technology | Paul E. McDuffee |
| Chair, Department of Humanities/Social Sciences | Dr. Elinor S. Miller |
| Chair, Department of Aviation Maintenance Technology | Richard Ulm |
| Chair, Department of Aviation Computer Science | Dr. Iraj Hirmanpour |
| Chair, Department of Aviation Business Administration | Dr. Kenneth H. Fleming |
| Chair, Department of Mathematics/Physical Sciences | Dr. Shiv K. Aggarwal |
| Program Coordinator, Master of Business Administration in Aviation | Dr. Bruce Chadbourne |
| Program Coordinator, Master of Aeronautical Science | Dr. Charles Richardson |
| Program Coordinator, Master of Aerospace Engineering | Dr. James G. Ladesic |
| Program Chair, Aerospace Engineering | John Novy |
| Program Chair, Aeronautical Science | William V. Gruber |
| Program Chair, Aeronautical Studies | William V. Gruber |
| Program Chair, Aerospace Studies | Dr. Geoffrey Kain |
| Program Chair, Aircraft Engineering Technology | William J. Koselka |
| Program Chair, Aircraft Maintenance | Paul F. Taylor |
| Program Chair, Aviation Business Administration | Dr. Philip Weatherford |
| Program Chair, Aviation Maintenance Management | Dr. Philip Weatherford |
| Program Chair, Aviation Computer Science | Dr. Iraj Hirmanpour |
| Program Chair, Aviation Technology | John Brannon |
| Program Chair, Avionics Engineering Technology | John Brannon |
| Program Chair, Aviation Maintenance Technology | Paul F. Taylor |
| Program Chair, Engineering Physics | H. Elliot Palmer |
| Program Chair, Professional Aeronautics | William V. Gruber |
| President, Student Government Association | Vincent Stefano |

---

PROVOST'S RECEPTION FOR FAMILY AND FRIENDS
FOLLOWING GRADUATION CEREMONIES
AT THE JOHN PAUL RIDDLE STUDENT CENTER
EMBRY-RIDDLE AERONAUTICAL UNIVERSITY
(LIGHT REFRESHMENTS)

OPEN HOUSE
AT SAMUEL GOLDMAN, ENGINEERING,
GILL ROBB WILSON, LINDBERGH CENTER BUILDINGS
AND JACK R. HUNT MEMORIAL LIBRARY