# EXHIBIT E



## Your Application Results and Referral Status for NASA Announcement KSC-21-DE-10966717-DT

**usastaffingoffice@opm.gov** <usastaffingoffice@opm.gov>     15 December 2020 at 22:38
Reply-To: nssc-contactcenter@nasa.gov

Dear Marianne

We appreciate your interest in the Element Operations Management Engineer position at NASA, advertised under vacancy announcement KSC-21-DE-10966717-DT.

Your rating is:

Ineligible for the following position or positions:

- GS-0801-13; Your education could not be used for qualification purposes because it was not accredited by the Accreditation Board for Engineering and Technology (ABET) as a professional engineering curriculum.

The following is your referral status for the position or positions to which you applied:

- You have not been referred to the hiring manager for position GS-0801-13 in Kennedy Space Center, Florida

Please Note: If you are eligible and your application was not referred, it is because your responses to the assessment questionnaire did not place you among qualified candidates, or there were a sufficient number of candidates who must receive priority consideration.

What happens next?

- If you were eligible and referred, you will receive an email informing you of the final disposition of your application.
- As identical vacancies are identified, additional selections of applicants may be made.

You can monitor the status of the announcement through your USAJOBS Account on the application status page.

If you have any questions regarding this notice, contact NASA Shared Services Contact Center at nssc-contactcenter@nasa.gov or 1-877-677-2123.

Sincerely,
NASA Shared Service Center

PLEASE DO NOT RESPOND TO THIS EMAIL MESSAGE. IT IS AUTOMATICALLY GENERATED.

EXHIBIT E