# EXHIBIT F

Gmail - RE: ▓▓▓▓▓▓▓▓▓▓..                    https://mail.google.com/mail/u/0?ik=b046615a16&view=pt&...



**RE:** ▓▓▓▓▓▓▓▓▓▓▓ **to Aerospace - Research Opportunity and potential role at NASA JSC**

| David P. (JSC- ▓▓▓▓▓▓▓▓ | 22 December 2020 at 00:20 |

To: ▓▓▓▓▓▓▓▓▓▓▓

Hi Marianne,

My director has asked that I assist you with this request. Degrees and Programs specifically, not just institutions as a whole, are what ABET accredits. Each specific degree must be considered, rather than just a university. Taking your degrees one at a time:

2.      BACHELOR'S: I cannot seem to verify that your undergraduate degree in Aeronautical Engineering from ERAU is AST qualifying.  From your ABET link below, Embry-Riddle Aeronautical University - Daytona Beach ABET qualifying degrees include the following (list below). The specific degree Aeronautic Engineering does not appear on this list. As such, I cannot verify that it is ABET accredited. You stated below "Please find attached a letter from ERAU." However, I do not see that attachment. Could you send it to me?

·       **Aerospace and Occupational Safety (Bachelor of Science)**

Accredited: Oct 1, 2018 – Present

Accredited Locations: Main Campus

Date of Next Comprehensive Review: 2025–2026

Accredited By: Applied and Natural Science Accreditation Commission

Program Criteria: Safety

·       **Aerospace Engineering (Bachelor of Science)**

Accredited: Oct 1, 1975 – Present

EXHIBIT F