# EXHIBIT G



**Office of the Registrar**
T: 386-226-6030
F: 386-226-6335

December 17, 2020

To Whom It May Concern:

This is to certify that Marianne Michaels, student number 0142994, has successfully completed all academic requirements for the Bachelor of Science in Aeronautical Engineering degree program at the Embry-Riddle Aeronautical University, Daytona Beach Campus.

This degree was conferred on April 23, 1992.

Embry-Riddle Aeronautical University has had continuous ABET Accreditation for the Aeronautical Engineering degree program since October 1, 1975. This can be verified on the ABET website, www.abet.org.

Best Regards,

*Kathy A Moore*

Kathy A. Moore
Registrar
Daytona Beach Campus





600 S. Clyde Morris Blvd.
Daytona Beach, FL 32114-3900
800-862-2416

EXHIBIT G

embryriddle.edu