# EXHIBIT H

**From:** **Roach, Dick D.** roachd07@erau.edu
**Subject:** RE: [EXTERNAL] Review of candidate's degree accreditation
**Date:** January 7, 2021 at 10:27 PM
**To:** ▧▧▧▧▧▧▧▧▧▧▧▧▧▧▧▧▧▧▧▧▧▧▧
**Cc:** Payne, Samantha S. PAYNEG1@erau.edu, Lyrintzis, Tasos S. lyrintzi@erau.edu

Mr. Kelley,

Thank you so much for your patience as I tried to figure this out.

- The name of the program was changed in 1998 from "Aeronautical Engineering" to "Aerospace Engineering."
    - The name more accurately reflected the path of many of ERAU graduates into the space program.
    - Students who had already enrolled in the program had the option for either name to appear on their transcripts and diplomas.
    - I have provided a history of the Aerospace Engineering program that was published in 2004, noting the name change on page 4 (3rd attachment). (Aerospace Engineering Education During the First Century of Flight, B. McCormick et al, editors, AIAA, 2004):
    - Faculty noted that other outstanding AE programs were changing their names to "Aerospace" about the same time (Texas A&M, Penn State, Georgia Tech, etc., etc.)
    - Also the language in the ABET EAC Criteria reads: "PROGRAM CRITERIA FOR AEROSPACE AND SIMILARLY NAMED PROGRAMS" (Lead Society: American Institute of Aeronautics and Astronautics) *"These program criteria apply to engineering programs that include "aerospace," "aeronautical," "astronautical," or similar modifiers in their titles."*
- Due to the lapse of time since the name change was officially processed by the faculty of ERAU, we are unable to provide documentation of the official name change through the ERAU curriculum change process.
- The [ABET website](#) does verify that the program has been accredited since October 1975.

I am copying Dr. Tasos Lyrintzis, Chair of the Department of Aerospace Engineering, in this email if you have further questions about the program.

I hope you can resolve this quickly for the benefit of our alum, Marianne ▧▧▧▧ who has tried unsuccessfully in the past to be employed by NASA, at least partially due to this confusion about the accreditation of the "Aeronautical Engineering" degree she holds from ERAU ('92)

Dick Roach


**Richard Roach, D.Min.**
***Associate Vice President for Assessment and Accreditation***
*Office of Assessment and Accreditation*

1 Aerospace Boulevard
Daytona Beach, FL 32114
O: 386.226.7612
C: 903.280.8527
richard.roach@erau.edu

EXHIBIT H

**Embry-Riddle Aeronautical University**
Florida | Arizona | Worldwide

**We care about you.**
Stay healthy on and off campus.


Cover your face


Wash and sanitize


Keep your distance


Stay home if you feel ill

**From:** ░░░David P. ░░░░░░░░░░░░░░░░░░
**Sent:** Tuesday, December 22, 2020 1:19 PM
**To:** Roach, Dick D. <roachd07@erau.edu>
**Cc:** Payne, Samantha S. <PAYNEG1@erau.edu>
**Subject:** [EXTERNAL] Review of candidate's degree accreditation

Dr. Roach,

I am a hiring POC for NASA JSC, and I've been working with an ERAU grad who has a degree I'm struggling to decipher.   The attached letter from your Registrar states that her Aeronautical degree (1992) is ABET accredited, and that I can confirm as much on the ABET website. However, I cannot confirm that on the ABET website, as that site does not list the degree.  Could you help me understand or interpret this note? Unfortunately, I do not have a direct email address for Ms. Moore, who signed the note.

Thanks in advance, and happy holidays.


NASA Johnson Space Center
HR Business Partner - HHPD
Email: ░░░░░░░░░░░░
Cell: 832-205-6262



Office of the Registrar
T: 386-226-6030
F: 386-226-6335