# EXHIBIT I

I would like to apologize on behalf of everyone for your troubles.

I did communicate with ABET, but they never replied to me.

My interaction with ABET for over 30 years has taught me that they are not reliable. So my suggestion is to work with the ERAU records and see if we can change the name of your degree.

Please let me know, if we have approval to proceed with this.


Thank you,


Tasos



**Anastasios "Tasos" Lyrintzis**
*Distinguished Professor and Chair*

*Aerospace Engineering*


1 Aerospace Boulevard
Daytona Beach, FL 32114-3900
386.226.7286
lyrintzi@erau.edu

[Quoted text hidden]                                                                                                     EXHIBIT I

---

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛                                                               Sat, May 8, 2021 at 4:39 AM
To: "Lyrintzis, Tasos S." <lyrintzi@erau.edu>
Cc: "Roach, Dick D." <roachd07@erau.edu>, DB Records <dbrecrds@erau.edu>

Dear Tasos,

Thank you for your reply.

Changing it now, will not erase the past economic hardship that my family and I endured whilst I had looked for work, to no avail. It has become apparent recently that the majority of all of my job applications to prospective employers were rejected because of it.

Find another way.

I want AERONAUTICAL Engineering! That was my decision ~30 years ago, and it still is.

ERAU promised me ~30 years ago that it is an ABET-accredited degree, and it still should be today, and going forward.

Thank you.

Sincerely,
Marianne
Marianne N. Michaels
[Quoted text hidden]

---

**Lyrintzis, Tasos S.** <lyrintzi@erau.edu>　　　　　Sat, May 8, 2021 at 11:03 AM

Cc: "Roach, Dick D." <roachd07@erau.edu>, DB Records <dbrecrds@erau.edu>

Mariane,

I will follow it up with ABET.  But I am not sure what ABET will do.

Please forward to me the actual response from ABET so that I can follow it up.

Thank you,

Tasos

[Quoted text hidden]

---

　　　　　　　　　　　　　　　　　　　　　　　Mon, May 10, 2021 at 1:42 PM

To: "Lyrintzis, Tasos S." <lyrintzi@erau.edu>
Cc: "Roach, Dick D." <roachd07@erau.edu>, DB Records <dbrecrds@erau.edu>

Tasos,

I do hope you all can also understand my position as well.

I've applied to (and still continue to apply to) numerous companies and agencies (e.g. NASA) over the years, and presently, and have always indicated "Aeronautical Engineering". How exactly would it look to prospective employers, should I suddenly change my degree on my applications, and résumé, to "Aerospace Engineering"? This isn't exactly a typo; it can seriously damage my reputation, as well as everyone involved.

Please find below, Ms Mundy's last email to me; kindly note the email addresses of the senior ABET members, which have been included in the loop.

Thank you.
Sincerely,
Marianne
---------- Forwarded message ---------
From: **Beth Mundy** <bmundy@abet.org>
Date: Fri, May 7, 2021 at 9:21 PM
Subject: RE: ABET accreditation Embry-Riddle Aeronautical University - Aeronautical Engineering

Good Morning Marianne,

The program underwent a name change from Aeronautical Engineering to Aerospace Engineering in 1988.  Since the program was named Aerospace Engineering at the time you graduated, your transcript must reflect this name in order for you to be covered under the programs accreditation.

I spoke with the registrar at ERAU back in January and it was my understanding that they would be working with you to issue you a new transcript reflecting the correct name.  I was battling COVID at the time so I failed to follow-up as I thought I did.  I reached back out to them last evening. You may want to follow up with them as well.

ABET's records did not go electronic until 1990.  Any changes that took place before that time are not reflected in our electronic records.  Since our records date back to 1936, we do not have the bandwidth to go back through all of the archives and add those changes to our database.  Regarding this case, the program history was added to our website at my request to specifically to address this situation.

Please let me know if you have any other questions.

Beth

**Beth Mundy**

Assistant to the Chief Accreditation Officer

———

**ABET**

415 North Charles Street

Baltimore, MD 21201

410-347-7703

bmundy@abet.org

Sincerely,
Marianne
Marianne N. Michaels

[Quoted text hidden]

---

**Lyrintzis, Tasos S.** <lyrintzi@erau.edu>   Mon, May 10, 2021 at 7:32 PM

Cc: "Roach, Dick D." <roachd07@erau.edu>, DB Records <dbrecrds@erau.edu>

Marianne,

My personal opinion is to go ahead and change the name of your degree.

I do not believe the name makes that much any difference to HR departments when you apply for a job.  They only look for ABET accreditation to check a box.

I understand that inaccurate information  was provided to you when you graduated.  But I believe it is the time to move on.

Anyway, I will a last attempt with ABET and see what they say.

Best,

[Quoted text hidden]

---

Tue, May 11, 2021 at 5:23 PM

To: "Lyrintzis, Tasos S." <lyrintzi@erau.edu>
Cc: "Roach, Dick D." <roachd07@erau.edu>, DB Records <dbrecrds@erau.edu>

Dear Tasos

We were not provided with inaccurate information at the time of graduation. ALL of us graduates experienced the same. I've been in contact with several classmates who have shared and repeated the same shared information as myself.

It is not inaccurate, because the Records department issued to ALL of us, an Aeronautical Engineering degree upon graduation in 1992. Otherwise this would never have happened in the first place.

I still have my graduation class list from the ceremony in 1992; it clearly shows 2 groups of us.

Unfortunately for ERAU, this is not a one off.

I'm unable to move on until ABET has clearly indicated to me, and all of us, of their acceptance of accreditation for the Aeronautical Engineering degree, and acknowledged the same on their website.

Sincerely,
Marianne
Marianne N. Michaels
[Quoted text hidden]

---

**Lyrintzis, Tasos S.** <lyrintzi@erau.edu>   Tue, May 11, 2021 at 5:37 PM
XXXXXXXXXXXXXXXXXXXXXXXXXXX
Cc: "Roach, Dick D." <roachd07@erau.edu>, DB Records <dbrecrds@erau.edu>

> Marianne,
>
>
> I understand that you do not like the word "inaccurate".
>
> I still feel the best solution is to change the name of your degree.
>
> Nevertheless, I have communicated with ABET (you were copied in that communication) and I am waiting for their reply.
>
> [Quoted text hidden]

---

XXXXXXXXXXXXXXXXXXXXXXXXXXX   Fri, May 14, 2021 at 12:26 AM
To: DB Records <dbrecrds@erau.edu>
Cc: "Roach, Dick D." <roachd07@erau.edu>, "Lyrintzis, Tasos S." <lyrintzi@erau.edu>

All,
Ms Mundy has replied to me. She said:
> I am working with Jane Emmet to figure out a way to address this since we have no record of the institution seeking to extend the accreditation of the aeronautical engineering program past 1990. Once they submitted the name change to aerospace engineering, the accreditation of the aeronautical engineering program ceased as of September 30, 1990.

Since ABET's digital records aren't available before 1990, then the ERAU Engineering department should have this. Please send to Ms Beth Mundy (ABET) all ERAU's records from 1990-1992, which confirms the extension of ABET-accreditation by ERAU for the Aeronautical Engineering degree.

Tasos, please elaborate further by what you mean by "inaccurate".

I refer everyone to the ERAU Phoenix yearbook, which clearly shows that there were 2 groups of engineering students (Aeronautical and Aerospace) from 1988-1992:
1992: https://commons.erau.edu/phoenix-yearbooks/27
1991: https://commons.erau.edu/phoenix-yearbooks/23/
1990: https://commons.erau.edu/phoenix-yearbooks/24/
1989: https://commons.erau.edu/phoenix-yearbooks/25/
1988: https://commons.erau.edu/phoenix-yearbooks/22

DB Records, please send me soft copies of the student handbooks from 1987/1988 to 1991/1992.

Thank you.

Sincerely,
Marianne
Marianne N. Michaels
[Quoted text hidden]

 Thu, May 27, 2021 at 11:02 PM

To: DB Records <dbrecrds@erau.edu>
Cc: "Roach, Dick D." <roachd07@erau.edu>, "Lyrintzis, Tasos S." <lyrintzi@erau.edu>

Please explain why ABET has now changed their website to reflect that the Aeronautical Engineering degree program is no longer accredited from 1989-1992.
https://amspub.abet.org/aps/name-search?searchType=institution&keyword=Embry

Also, we all distinctly remember that ABET came for a site visit (on a tour of the campus and the Engineering building) for a comprehensive review in 1991. If there were any issues related to requiring all of us to change the name of our degree program, they would have said so, back then.

Doesn't ERAU keep records of this? And so why hasn't anyone from ERAU since sent ABET the information they need to correct their records, once and for all?
Sincerely
Marianne
[Quoted text hidden]