**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARIANNE MICHAELS, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC., a Florida not for profit corporation,

    Defendant.

CASE NO.  6:23-cv-01527-WWB-RMN

## Uniform Case Management Report

    The goal of this case management report is to "secure the just, speedy, and inexpensive determination of" the action. *See* Fed. R. Civ. P. 1. Under Local Rule 3.02(a)(2), this case management report should be used in all civil cases except those described in Local Rule 3.02(d). Individual judges may have additional case management preferences that can be found under each judge's name on the Court's website, flmd.uscourts.gov/judges/all.

**1. Date and Attendees**

> The parties may conduct the planning conference "in person, by telephone, or by comparable means[.]" *See* Local Rule 3.02(a)(1).

The parties conducted the planning conference on 10/13/2023. Alana Zorrilla-Gaston for Defendant and Benjamin Widlanski and Eric Kay for Plaintiff attended the conference.

**2. Deadlines and Dates**

The parties request these deadlines and dates:

| Action or Event | Date Requested by Defendant ERAU | Date Requested by Plaintiff, if different |
|---|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 10/27/2023 | |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | 1/8/2024 | |
| Deadline for Disclosing Class Certification Expert Report(s). | | |
| Plaintiff | 5/17/2024 | |
| Defendant | 6/21/2024 | |
| Deadline for Deposing Class Certification Experts | | |
| Plaintiff | 7/08/2024 | 11/18/2024 |
| Defendant | 7/26/2024 | 1/13/2025 |
| Class Certification Discovery Deadline | 7/26/2024 | 9/16/2024 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | 8/16/2024 | 10/14/2024 |
| Deadline for responding to motion for class certification. | 9/13/2024 | 12/16/2024 |
| Deadline for Plaintiff to file reply, if any, in support of motion for class certification | Reply is not permitted as a matter of right and thus ERAU objects to such deadline. | 2/17/2025 |

2

134447909.1

| | | | |
|---|---|---|---|
| Disclosure of Expert Reports regarding the merits, including experts as defined by Fed. R. Civ. P. 26(a)(2)(c).<br><br>Plaintiff | | 1/3/2025 | 2/24/2025 |
| Defendant | | 2/4/2025 | 2/24/2025 |
| Deadline for completing expert discovery on the merits | | 4/4/2025 | 3/17/2025 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | | 4/4/2025 | |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | | 5/23/2025 | 4/28/2025 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4.<br><br>Harry Schafer<br>Esquibel Communications Co.<br>Unit 205, #413<br>2775 NW 49th Ave<br>Ocala, FL 34482-6212<br>305-439-4285 | | 6/6/2025 | 4/7/2025 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | | 1/12/2026 | 5/12/2025 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | | 1/30/2026 | 5/27/2025 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | | 2/17/2026 | 6/10/2025 |
| Month and year of the trial term. | | 3/3/2026 | 6/17/2025 |

The trial will last approximately 7 days and be ☒ jury.

3

134447909.1

3. **Description of the Action**

   PLAINTIFF CLAIMS THAT FROM **1989-1992, ERAU** CONFERRED DEGREES IN AERONAUTICAL ENGINEERING WHICH WERE NOT ACCREDITED BY THE ACCREDITATION BOARD FOR ENGINEERING AND TECHNOLOGY ("ABET"), DESPITE ERAU'S REPRESENTATIONS THAT THE PROGRAM WAS ABET-ACCREDITED. ERAU STATES THAT THE AERONAUTICAL ENGINEERING PROGRAM WAS IN FACT ABET-ACCREDITED AT ALL RELEVANT TIMES, AND THE CLAIMS ARE BARRED BY THE STATUTE OF REPOSE IN ANY EVENT.

4. **Disclosure Statement**

   ☒ The parties have filed their disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

5. **Related Action**

   ☒ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

6. **Consent to a Magistrate Judge**

   > "A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).
   >
   > The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

   ☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

   ☒ The parties do not consent.

134447909.1

7. **Preliminary Pretrial Conference**

   ☒ The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

   ☐ The parties do request a preliminary pretrial conference, and the parties want to discuss enter discussion points.

8. **Discovery Practice**

   > The parties should read the Middle District Discovery Handbook, available on the Court's website at flmd.uscourts.gov/civil-discovery-handbook, to understand discovery practice in this District.

   ☒ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

9. **Discovery Plan**

   The parties submit the following discovery plan under Rule 26(f)(2):

   A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

      ☒ Yes.
      ☐ No; instead, the parties agree to these changes: enter changes.

   B. Discovery may be needed on these subjects: **Plaintiff will seek discovery on accreditation of the Aeronautical Engineering degree by ABET and whether that lapsed in 1990. ERAU will seek discovery in support of its defenses.**

   C. Discovery should be conducted in phases:

      ☐ No. **Plaintiff requests merits and class certification discovery should proceed simultaneously.**
      ☐ Yes. **ERAU requests a class certification discovery deadline followed by a later discovery deadline as stated in Section 2, Deadlines. ERAU will file a Motion to Bifurcate Discovery supporting its request for bifurcation.**

5

134447909.1

    D.    Are there issues about disclosure, discovery, or preservation of electronically stored information?

☐ No.

☒ Yes; **ERAU submits that any documents sought from the time period of the alleged fraud—1989-1992—are unlikely to remain in existence over 30 years later. Plaintiff believes there are many relevant documents that exist through online sources and archived files that can be produced.**

    E.    ☒    The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

    F.    The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

☒ No.
☐ Yes; describe the changes.

## 10. Request for Special Handling

☐ The parties do not request special handling.

☒ The parties request special handling. **Specifically, as noted above, the parties request class certification experts have a separate deadline from any experts on the merits.**

**Additionally, Defendant ERAU requests that Plaintiff's expert reports be due prior to Defendant's expert reports in light of the burden of proof on the Plaintiff.**

☐ Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

## 11. Certification of familiarity with the Local Rules

☒ The parties certify that they have read and are familiar with the Court's Local Rules.

6

134447909.1

## 12. Signatures

/s/ Alana Zorrilla-Gaston
Alana Zorrilla-Gaston (FBN 27256)
Counsel for Defendant
November 6, 2023

/s/ Gail A. McQuilkin
Gail A. McQuilkin (FBN 969338)
Counsel for Plaintiff
November 6, 2023

134447909.1